ACCEPTED
04-15-00508-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 3:24:29 PM
KEITH HOTTLE
CLERK



## Bexar County Public Defender's Office

101 W. Nueva ◆ Paul Elizondo Tower – Suite 370 ◆ San Antonio, TX 78205-3440

Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/15 3:24:29 PM
KEITH E. HOTTLE
Clerk

October 19, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

Re: Jose B Sauceda v. State of Texas
Appeal No. 04-15-00508-CR
Cause No. 2005-CR-1255

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Jose B Sauceda, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Sauceda. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney: Michael Robbins (SBN:16984600)
Date of Opinion and Judgment: October 14, 2015
Date notification mailed to Appellant: October 14, 2015
Certified mail number: 7011 1150 0002 0439 3409
Date return receipt received by the undersigned attorney: October 19, 2015

Sincerely yours,

MICHAEL ROBBINS
Appellate Public Defender

Attachment
/cmb

ARCHIE ROBBINS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jose B. Sanceda
4235 Monterey St.
San Antonio, Tx. 78237

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Jose

☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

LOS JARDINES STA USPS
OCT 17 2015
SAN ANTONIO, TX. 78237-9998

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 1150 0002 0439 3409

PS Form 3811, July 2013     Domestic Return Receipt